UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DERONJA LARUE CLARK, JR.,

    Plaintiff,

v.                                                                            Case No. 3:23-cv-583-TJC-LLL

JACKSONVILLE SHERIFF'S
OFFICE, SARGENT TAYLOR,
67516, VICTORIA O., 84367,
JONES, 79346, CANTON, 74776,
BUSQUE, 68926, CAMPBELL,
6247, BOPST, 83382, and WATERS,
76547,

    Defendants.

## ORDER

This case is before the Court on the Report and Recommendation recommending dismissal without prejudice for failure to prosecute. Doc. 24. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 24, it is hereby

**ORDERED:**

1. The Report and Recommendation, Doc. 24, is **ADOPTED** as the opinion of the Court.

2. The case is **DISMISSED without prejudice**.

3. The Defendants' Motions to Dismiss, Docs. 7, 8, are **DENIED** as moot.

4. The clerk is **DIRECTED** to terminate the pending deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 26th day of January, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Laura Lothman Lambert
United States Magistrate Judge

Counsel of record

Deronja Larue Clark, Jr.
1036 Dunn Avenue, Suite 4-145
Jacksonville, Florida 32218